NUMBER 13-00-464-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


SSP PARTNERS, A TEXAS PARTNERSHIP, 

D/B/A CIRCLE K
, Appellant,


v.



THOMAS MORIN
, Appellee.

____________________________________________________________________


On appeal from County Court at Law No. 3 


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, SSP PARTNERS, A TEXAS PARTNERSHIP, D/B/A CIRCLE
K, perfected an appeal from a judgment entered by County Court at Law
No. 3 of Nueces County, Texas, in cause number 98-61399-3. After the
record was filed, the parties filed a joint motion to dismiss the appeal. 
In the motion, the parties state that this case has been resolved, and
appellant no longer wishes to prosecute this appeal. The parties
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of November, 2000.